IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

**UNITED STATES OF AMERICA**

v.                                               CRIMINAL NO. 1:18-00121

**JERMAINE JONES**

### MEMORANDUM OPINION AND ORDER

Before the court is Jermaine Jones' Motion to Continue. ECF No. 28.  Counsel for Jones requested a 30-day continuance to allow the parties to engage in plea negotiations.  Id.  The motion states that the government does not object to the proposed continuance.  Id.

The court believes that failure to grant the requested continuance would likely prejudice defense counsel's ability to effectively represent the defendant.  Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendants and the public in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  18 U.S.C. § 3161(h)(7)(B)(iv).

Deeming it proper to do so, the court **GRANTS** defendant's motion to continue.

Accordingly, the court **ORDERS** as follows:

I. Trial of this action is continued until **Tuesday, October 2, 2018, at 9:30 a.m.**, in Bluefield;

II. Pretrial motions are to be filed on or before **Monday, August 20, 2018**;

III. A pretrial motions hearing is scheduled for **Monday, August 27, 2018 at 10:00 a.m.,** in Bluefield;

IV. Proposed voir dire questions, proposed jury instructions, and prospective witness lists are to be filed on or before **Wednesday, September 26, 2018**; and

V. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of defendant's motions until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Office of this court.

**IT IS SO ORDERED** this 27th day of July, 2018.

ENTER:

David A. Faber
Senior United States District Judge