IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:18-00121

JERMAINE JONES

## MEMORANDUM OPINION AND ORDER

In Bluefield, on March 6, 2023, came the defendant, Jermaine Jones, in person and by counsel, E. Ward Morgan; came the United States by Timothy D. Boggess, Assistant United States Attorney; and came United States Probation Officers Amanda Brookman and Russell Scott, for a hearing on the petition to revoke the defendant's term of supervised release.[1]

The court found that there was sufficient information before the court on which to sentence defendant given the presentence investigation report prepared in Criminal Action No. 1:22cr200.

After giving counsel for both parties and defendant an opportunity to speak regarding the matter of disposition, the court **ORDERED**, pursuant to the Sentencing Reform Act of 1984, that the defendant's term of supervised release be revoked, and that he be incarcerated for a period of twenty-four (24) months to run concurrent to the sentence imposed in Criminal Action No. 1:22cr200.  Upon release from imprisonment, defendant will serve

---

[1] This hearing was a continuation of the hearing held on November 15, 2022, wherein the court, at defendant's request, continued the matter.  See ECF No. 76.

a term of supervised release of thirty-six (36) months to run
concurrent to term of supervised release imposed in Criminal
Action No. 1:22cr200.  While on supervised release, defendant
shall not commit another federal, state or local crime, and shall
be subject to the Standard Conditions of Supervision adopted by
this court.

In considering the proper term of imprisonment to be
imposed, the court considered the factors set forth in 18 U.S.C.
§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5),
(a)(6), and (a)(7), as well as the Chapter 7 policy statements
and concluded that the sentence imposed is an appropriate
sanction for the defendant's breach of trust, taking into account
the nature and circumstances of the offense and the history and
characteristics of the defendant.  The court further concluded
that the sentence imposed will provide adequate deterrence to
criminal conduct and protect the public from further crimes of
the defendant.

The defendant was informed of his right to appeal the
court's findings and the revocation of his supervised release.
The defendant was further informed that in order to initiate such
an appeal, a Notice of Appeal must be filed in this court within
fourteen (14) days.  The defendant was advised that if he wishes
to appeal and cannot afford to hire counsel to represent him on
appeal, the court will appoint counsel for him.  The defendant

was further advised that if he so requests, the Clerk of court will prepare and file a notice of appeal on his behalf.

The defendant was remanded to the custody of the United States Marshals Service.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Department of this court.

**IT IS SO ORDERED** this 22nd day of March, 2023.

ENTER:

David A. Faber
Senior United States District Judge